JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ALVAREZ,<br><br>    Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; MICROSOFT CORPORATION LONG-TERM DISABILITY PLAN; and DOES 1 to 10, Inclusive,<br><br>    Defendant. | Case No. 2:16-cv-08748 RSWL (JEMx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:16-cv-08748 RSWL (JEMx) is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that all dates set in this matter shall be vacated and taken off calendar.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

IT IS SO ORDERED.

Dated: December 5, 2017            s/ RONALD S.W. LEW
                                                    Hon. Ronald S. W. Lew
                                                    Judge of the District Court

0.0